## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CRIMINAL DIVISION

**COMPLAINT**

DCTN:
Lockup No.:
Case No.:

District of Columbia ss:

2026 CRWSLD 002825

| Defendant's Name: | Ndeye | | Diongue | 791045 | 26075680 | 9/2/2000 |
|---|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) | (DOB) |

Also Known As:

(First)     (Middle)     (Last)

Address: 52 CHEVIOT CT. WINDSOR MILLS, MD

On or about May 27, 2026, within the District of Columbia, Ndeye Diongue was released in Case Number 2026 DVM 001451 and ordered by a D.C. Superior Court Judge or Magistrate Judge to stay away from CHRISTOPHER KARWACKI. Between on or about May 27, 2026 and on or about May 31, 2026, within the District of Columbia, Ndeye Diongue did knowingly, willfully, and intentionally violate that order by contacting CHRISTOPHER KARWACKI.

(Contempt, in violation of D.C. Code § 23-1329)

_____
Affiant's Name

Subscribed and sworn to before me this **24th** day of **June**, **2026**

_____
(Judge) (Deputy Clerk)

### WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for <u>Ndeye Diongue</u>

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR
OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued    **June 24, 2026**

_____
Judge - Superior Court of the District of Columbia

Title 16: ☐

| Sex: Female | DOB: | CCN: 26075680 | PDID: 791045 |
|---|---|---|---|
| Papering Officer: | | | Badge No.: |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: DUSM Sean Murphy | Date/Time: 07/16/2026 |
|---|---|
| AUSA Signature: | CF1 ☐   CF2 ☐   CF3 ☐ <br> FD1 ☐   FD2 ☐   FD3 ☐ |