# U.S. District Court
## Eastern District of Virginia – (Richmond)
## CRIMINAL DOCKET FOR CASE #: 3:26–mj–00048–MRC All Defendants

Case title: USA v. Diongue                    Date Filed: 07/16/2026

Assigned to: Magistrate Judge Mark R. Colombell

**Defendant (1)**

**Ndeye Diongue**                  represented by   **Mark Damian Duda**
Office of the Federal Public Defender
701 E. Broad St.
Suite 3600
Richmond, VA 23219
804–565–0835
Email: mark_duda@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**                            represented by   **Eric Gilliland**
DOJ–USAO
U.S. Attorney's Office – Eastern District of Virginia
919 East Main Street

Suite 1916
Richmond, VA 23219
804−819−5416
Email: eric.gilliland@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2026 | | Arrest of Ndeye Diongue in Eastern District of Virginia – Richmond Division. (jsau, ) (Entered: 07/16/2026) |
| 07/16/2026 | 1 | Arrest Warrant Returned Executed on 7/16/26 in case as to Ndeye Diongue. (jsau, ) (Entered: 07/16/2026) |
| 07/16/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge Mark R. Colombell: Initial Appearance in Rule 5(c)(3) Proceedings as to Ndeye Diongue held on 7/16/2026; Matter came on for initial appearance on a warrant issued out of the Superior Court for the District of Columbia; Deft advised of alleged violations and rights; Deft requested court appointed counsel; Mark Duda FPD present and appointed for all Richmond hearings; Deft executed Waiver of Rule 5 Hearings as to all hearings in this district; Govt seeking detention – GRANTED; Deft committed the to Superior Court for the District of Columbia for further proceedings; Deft remanded. (FTR.)(jsau, ) (Entered: 07/16/2026) |
| 07/16/2026 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ndeye Diongue. Mark Damian Duda appointed. Signed by Magistrate Judge Mark R. Colombell on 7/16/26. (jsau, ) (Entered: 07/16/2026) |
| 07/16/2026 | 3 | WAIVER of Rule 5 Hearings by Ndeye Diongue (jsau, ) (Entered: 07/16/2026) |
| 07/16/2026 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Ndeye Diongue. Defendant committed to District of Superior Court for the District of Columbia. Signed by Magistrate Judge Mark R. Colombell on 7/16/26. (jsau, ) (Entered: 07/16/2026) |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Eric Gilliland (caseview.ecf@usdoj.gov, eric.gilliland@usdoj.gov,
heidi.brandon@usdoj.gov, natalie.owen@usdoj.gov, shelia.bonaparte@usdoj.gov), Magistrate
Judge Mark R. Colombell (james_garner@vaed.uscourts.gov,
jessica_saunders@vaed.uscourts.gov, mara_shingleton@vaed.uscourts.gov,
mark_colombell@vaed.uscourts.gov, mrc_chambers@vaed.uscourts.gov,
sean_tenaglia@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13439354@vaed.uscourts.gov
Subject:Activity in Case 3:26-mj-00048-MRCVAED USA v. Diongue Arrest - Rule 5
Content-Type: text/html
```

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 7/16/2026 at 4:22 PM EDT and filed on 7/16/2026

| | |
|---|---|
| **Case Name:** | USA v. Diongue |
| **Case Number:** | 3:26–mj–00048–MRC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest of Ndeye Diongue in Eastern District of Virginia – Richmond Division. (jsau, )**

**3:26–mj–00048–MRC–1 Notice has been electronically mailed to:**

Eric Gilliland &nbsp &nbsp eric.gilliland@usdoj.gov, caseview.ecf@usdoj.gov,
CASEVIEW.ECF@usdoj.gov, heidi.brandon@usdoj.gov, natalie.owen@usdoj.gov,
shelia.bonaparte@usdoj.gov

**3:26–mj–00048–MRC–1 Notice has been delivered by other means to:**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

**COMPLAINT**

DCTN:
Lockup No.:
Case No.:

District of Columbia ss:

2026 CRWSLD 002825

Defendant's Name: Ndeye Diongue                791045        26075680        9/2/2000
             (First)   (MI)   (Last)    (PDID)      (CCNO)     (DOB)

Also Known As:

       (First)   (Middle)   (Last)

Address: 52 CHEVIOT CT. WINDSOR MILLS, MD

On or about May 27, 2026, within the District of Columbia, Ndeye Diongue was released in Case Number 2026 DVM 001451 and ordered by a D.C. Superior Court Judge or Magistrate Judge to stay away from CHRISTOPHER KARWACKI. Between on or about May 27, 2026 and on or about May 31, 2026, within the District of Columbia, Ndeye Diongue did knowingly, willfully, and intentionally violate that order by contacting CHRISTOPHER KARWACKI.

(Contempt, in violation of D.C. Code § 23-1329)

_____
Affiant's Name

Subscribed and sworn to before me this __24th__ day of __June__, __2026__

_____
(Judge) (Deputy Clerk)

## WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia: WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for Ndeye Diongue

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued __June 24, 2026__

_____
Judge - Superior Court of the District of Columbia

Title 16: ☐

| Sex: Female | DOB: | CCN: 26075680 | PDID: 791045 |
|---|---|---|---|
| Papering Officer: | | | Badge No.: |
| OFFICER MUST EXECUTE RETURN | | | |
| Officer's Name: USM Sean Murphy | | Date/Time: 07/16/2026 | |
| AUSA Signature: | | CF1 ☐  CF2 ☐  CF3 ☐ | |
| | | FD1 ☐  FD2 ☐  FD3 ☐ | |

USCA4  4

CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL                                          DOCKET NO. 3:26mj48

REPORTER: FTR                                            DATE: 7/16/26

UNITED STATES OF AMERICA                                 COUNSEL
v.

1. ___Nacye Diongue___                      1. ___Mark Duda___ ↵)
   Deft appeared via VTC ( ✓ ) ZOOM ( )

**APPEARANCES:**   GOVERNMENT ___Eric Gilliland + Bailey Sotak___ ( ✓ )
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:**   DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED ( ✓ )  BOND NOT SET ( )

**TYPE OF PROCEEDINGS:**   INITIAL ( x ) [Rule 5.1] ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:**   WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:**   DATE OF ARREST: __7/16/26__ GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES ( x ) DEFT ADVISED OF RULE 5 RIGHTS ( ✓ )
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( x ) Mark Duda
DEFT TO RETAIN COUNSEL ( )                          for Richmond hearings
GOVT'S MOTION TO DETAIN DEFT ( ✓ ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( x ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:**   GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____
_____
_____
_____

**DETENTION HEARING PROCEEDINGS:**   GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND ( )
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) ____ x Deft waived Rule 5 hearings in this district ____
_____
____ *Deft committed to the Superior Court for the District of Columbia ____
for further proceedings

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) ( )

**CASE CONTINUED TO:** _____ FOR _____
CASE SET: 11:30   BEGAN: 11:33   ENDED: 11:48   TIME IN COURT: 15 minutes   USCA4 5

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Eric Gilliland (caseview.ecf@usdoj.gov, eric.gilliland@usdoj.gov,
heidi.brandon@usdoj.gov, natalie.owen@usdoj.gov, shelia.bonaparte@usdoj.gov), Mark Damian
Duda (lindsay_paiz@fd.org, mark_duda@fd.org, victoria_parrish@fd.org), Magistrate Judge
Mark R. Colombell (james_garner@vaed.uscourts.gov, jessica_saunders@vaed.uscourts.gov,
mara_shingleton@vaed.uscourts.gov, mark_colombell@vaed.uscourts.gov,
mrc_chambers@vaed.uscourts.gov, sean_tenaglia@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13439445@vaed.uscourts.gov
Subject:Activity in Case 3:26-mj-00048-MRCVAED USA v. Diongue Order Appointing Public
Defender
Content-Type: text/html
```

# U.S. District Court

## Eastern District of Virginia −

## Notice of Electronic Filing

The following transaction was entered on 7/16/2026 at 4:31 PM EDT and filed on 7/16/2026

| | |
|---|---|
| **Case Name:** | USA v. Diongue |
| **Case Number:** | 3:26−mj−00048−MRC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ndeye Diongue. Mark Damian Duda appointed. Signed by Magistrate Judge Mark R. Colombell on 7/16/26. (jsau, )**

**3:26−mj−00048−MRC−1 Notice has been electronically mailed to:**

Eric Gilliland &nbsp &nbsp eric.gilliland@usdoj.gov, caseview.ecf@usdoj.gov, CASEVIEW.ECF@usdoj.gov, heidi.brandon@usdoj.gov, natalie.owen@usdoj.gov, shelia.bonaparte@usdoj.gov

Mark Damian Duda &nbsp &nbsp mark_duda@fd.org, lindsay_paiz@fd.org, victoria_parrish@fd.org

**3:26−mj−00048−MRC−1 Notice has been delivered by other means to:**

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:26MJ048 |
| | ) | |
| NDEYE DIONGUE | ) | Charging District's Case No. 2026 CRWSLD |
| Defendant | ) | 002825 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Superior Court of the District of Colombia                                                                          .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:      7/16/2026

*Defendant's signature*

*Signature of defendant's attorney*

Mark Duda

*Printed name of defendant's attorney*

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

United States of America
v.

NDEYE DIONGUE

*Defendant*

)
)
)
)
)
)
)

Case No.    3:26MJ048

Charging District's
2026
Case No.    CRWSLD 002825

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Superior Court___ District of ___Colombia___ ,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:    ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:    ___7/16/2026___

/s/ MRC

*Judge's signature*

Mark R. Colombell, United States Magistrate Judge

*Printed name and title*